```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

 BRENDAN GULSTON,

                  Plaintiff,              MEMORANDUM & ORDER
                                          24-CV-4155 (EK)(PCG)
            -against-

 LE VERDE GROUP LLC et al.,

                  Defendants.

--------------------------------------x
```

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Pollak's Report and Recommendation (R&R) dated January 3, 2026. ECF No. 27. Judge Pollak recommends that the motion for a default judgment, ECF No. 22, be denied, and that in the absence of an amended pleading alleging an element of interstate commerce under the Fair Labor Standards Act ("FLSA"), the case be dismissed for lack of subject matter jurisdiction. Judge Pollak also recommends that if the Court permit an amended pleading, the Court should permit plaintiff to amend the factual allegations pertaining to his wage notice and wage statement claims to allege an injury-in-fact flowing therefrom. Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews Judge Pollak's recommendation for clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate*

*Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

  Having reviewed the record, I find no error and therefore adopt the R&R in its entirety. Thus, the motion for a default judgment is denied. By February 3, plaintiff may file an amended complaint. Failure to sufficiently allege an element of interstate commerce under the FLSA may result in dismissal of this case. Plaintiff may also amend his wage notice and wage statement claims to allege facts establishing an injury-in-fact. Failure to do so may result in dismissal of that claim.

  SO ORDERED.

            /s/ Eric Komitee
            ERIC KOMITEE
            United States District Judge

Dated: January 20, 2026
     Brooklyn, New York